NO.
12-07-00320-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

                                

TYLER, TEXAS

 

 

§          APPEAL
FROM THE 

IN THE INTEREST OF 

S.R.R., A CHILD       §          COUNTY
COURT AT LAW OF

 

§          ANDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
Rhonda Rice appeals the trial court’s modification order signed on May 4,
2007.  Rice filed a motion for new trial
on May 22, 2007 and thereafter timely filed a notice of appeal.  On August 22, 2007, the trial court signed an
agreed judgment granting an equitable bill of review and ordering a new
trial.  Because a new trial has been
ordered, the appeal is moot. 
Accordingly, the appeal is dismissed. 

Opinion delivered September
12, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

 

 

 

(PUBLISH)